UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DHANANJAY PATEL, SAFDAR HUSSAIN, VATSAL CHOKSHI, DHAVAL PATEL, NIRAL PATEL, and all others similarly situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>7-ELEVEN, INC.,<br><br>              Defendant. | Civ. A. No. 1:17-cv-11414-NMG |

**JUDGMENT**

Gorton, D.J.

In accordance with the Court's Memorandum & Order (Dkt. 169) and Judgment (Dkt. 171) granting Defendant's Motion for Summary Judgment (Dkt. 112), it is hereby ORDERED that judgment is entered in favor of Defendant on Plaintiffs' claims against Defendant. These claims are hereby dismissed. Entry of final judgment is certified under Rule 54(b) of the Federal Rules of Civil Procedure pursuant to the Court's Order. Dkt. 175.

SO ORDERED.

By the Court,

10/7/2020                                                                     /s/Leonardo T. Vieira
Date                                                                            Deputy Clerk